IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **STEPHEN PEFLEY,** | **3:10-CV-01103-BR** |
| **Plaintiff,** | **JUDGMENT** |
| **v.** | |
| **MICHAEL F. GOWER; DR. STEVEN SHELTON, M.D.; DR. JOSEPH DIEHL, M.D.; DR. GRANT VAN HOUTEN, M.D.; DR. CHRISTOPHER DIGULIO, M.D.; HEIDI MILLER, F.N.P; D. GARDNER, Health Services Manager; and E. CAZIERE, R.N.,** | |
| **Defendants.** | |

Based on the Court's Opinion and Order issued January 10, 2013, the Court **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 10th day of January, 2013.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT